**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 5, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-40391
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL ALAN SMARR,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:04-CR-901-ALL
--------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Michael Alan Smarr appeals his conviction for transporting
illegal aliens for the purpose of commercial advantage or private
financial gain in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and
(a)(1)(B)(I). Smarr argues that the evidence was insufficient to
support his conviction because the evidence did not establish
that he committed the offense for the purpose of commercial
advantage or private financial gain. We conclude that the
evidence was sufficient to establish that Smarr participated in
an illegal alien smuggling operation and that members of the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

operation received sums of money to help the illegal aliens enter the United States illegally and travel within the United States. The evidence was sufficient to support Smarr's conviction. <u>See United States v. Nolasco-Rosas</u>, 286 F.3d 762, 765 (5th Cir. 2002); <u>United States v. Moser</u>, 123 F.3d 813, 819 (5th Cir. 1997).

AFFIRMED.